EASTERN DIST.
*May,* 1840.

BENNET
*vs.*
CROCKER ET AL.
F. P. C.

BENNET *vs* CROCKER ET AL., F. P. C.

APPEAL FROM THE PARISH COURT, FOR THE PARISH AND CITY OF NEW-ORLEANS.

Damages will not be allowed, as for a frivolous appeal, when it appears there has been no amicable demand, and the want of it is specially pleaded.

This is an action against the maker and endorser of a promissory note, under protest. The defendants admitted their signatures, pleaded the general issue and the want of amicable demand.

There was judgment *in solido* against the defendants, on the production of the note and protest, and Crocker alone appealed.

*Eyma,* for the plaintiff, prayed the affirmance of the judgment, with damages.

*Divigneaud,* contra.

*Morphy, J.,* delivered the opinion of the court.

This suit is on a promissory note, the amount of which defendants were decreed *in solido* to pay. Crocker appealed. We would affirm this judgment, with damages, as prayed for by appellee, were it not that the record exhibits no proof of amicable demand, and that the want of it is specially pleaded.

It is, therefore, ordered that the judgment of the Parish Court be avoided and reversed, as relates to Crocker, and that the plaintiff recover from the said defendant, the sum of six hundred dollars, with legal interest from the 11th of May, 1839, till paid, three dollars cost of protest, and the costs of the District Court made after the first appearance of the defendant, inclusively; the remaining costs in the District Court, and the costs of this appeal, to be paid by the plaintiff and appellee.